IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID RAY ADELE**                                                                                 **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO.  1:15-cv-42-HSO-JCG**

**LOUIS GUIROLA, JR.**                                                                          **DEFENDANT**

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this Civil Action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 13th day of March, 2015.

*s/Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE